# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Bolton, Susan R. | 2. Court or Organization<br><br>U.S. District Court, Arizona | 3. Date of Report<br><br>05/28/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| 401 W. Washington St., SPC 50<br>Suite 522<br>Phoenix, AZ 85003 |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | Arizona Elected Officials Retirement Plan (pension plan from prior employment as a state court judge) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Arizona Elected Officials Retirement Plan | $71,289.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/28/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch Single Premium Life | Cash value loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolton, Susan R.** | 05/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America cash-equivalent | A | Interest | M | T | | | | | |
| 2. | | | | | | | | | |
| 3. Merrill Lynch Single Premium Life-Insurance | | None | J | T | | | | | |
| 4. U.S. Savings Bonds | | None | O | T | | | | | |
| 5. TA Retirement Plan fka ML Retirement Plus-Annuity(variable)(H) | | | | | | | | | |
| 6. --AB GLBL THMTC GR PRT | | | K | T | | | | | |
| 7. --Blackrock High Yield | | | K | T | | | | | |
| 8. --BLK Basic Value VI | | | L | T | | | | | |
| 9. --BLK GLobal Alloc VI | | | L | T | | | | | |
| 10. --BR ADV US TTL MKT VI | | | J | T | | | | | |
| 11. --Invesco VI Core Eqty | | | L | T | | | | | |
| 12. Transamerica Landmark Annuity (variable) (H) | | | | | | | | | |
| 13. --TA Jennison Growth | | | | | Sold | 11/01/19 | L | | |
| 14. --TA Aegon High Yield Bond | | | J | T | | | | | |
| 15. --Fidelity-VIP Contrafund Portfolio | | | J | T | | | | | |
| 16. --Fidelity-VIP Mid Cap Portfolio | | | J | T | | | | | |
| 17. --TA Morgan Stanley Capital Growth | | | L | T | Buy | 11/01/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolton, Susan R.** | 05/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   --TA Asset Allocation - Moderate | | | J | T | | | | | |
| 19.   --AB Growth and Income Portfolio | | | K | T | | | | | |
| 20.   Allianz Franklin-Annuity (variable)(H) | | | | | | | | | |
| 21.   --AZL Small Cap Index | | | J | T | | | | | |
| 22.   --AZL Mid Cap Index | | | J | T | | | | | |
| 23.   --Templeton Growth VIP Fund | | | J | T | | | | | |
| 24.   --AZL International Index | | | J | T | | | | | |
| 25.   --AZL Russell 1000 Index | | | J | T | | | | | |
| 26.   --AZL T.Rowe Price Capital App | | | J | T | | | | | |
| 27.   --BlackRock Global Allocation | | | J | T | | | | | |
| 28.   --Franklin Income VIP Fund | | | J | T | | | | | |
| 29.   Keyport Keyannuity (fixed rate) | D | Interest | N | T | | | | | |
| 30.   Keyport Keyannuity (fixed rate) | C | Interest | L | T | | | | | |
| 31.   IRA #1 (H) | | | | | | | | | |
| 32.   --Invesco S&P ULT Divd Rev | B | Dividend | L | T | Buy | 05/07/19 | L | | |
| 33.   --Invesco Aerospace | C | Dividend | M | T | Buy | 08/20/19 | M | | |
| 34.   --Wisdomtree US Midcap | C | Dividend | L | T | Buy | 05/07/19 | L | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --IShares Edge MSCI MID VOL | B | Dividend | L | T | Buy | 05/07/19 | L | | |
| 36. --Vanguard Growth Index Fund | A | Dividend | J | T | | | | | |
| 37. --Total Stock Mrt Index Adm | A | Dividend | J | T | | | | | |
| 38. --Berkshire BK CD | A | Interest | M | T | Buy | 04/02/19 | M | | |
| 39. --BMW BK CD | A | Interest | M | T | Buy | 10/08/19 | M | | |
| 40. --Sally Mae BK CD | A | Interest | M | T | Buy | 04/02/19 | M | | |
| 41. --Ally Bank CD | A | Interest | M | T | Buy | 08/26/19 | M | | |
| 42. --Morgan Stanley PVT BK CD | A | Interest | M | | Buy | 04/02/19 | M | | |
| 43. --Goldman Sachs BK CD | A | Interest | K | | Buy | 06/13/19 | K | | |
| 44. --Goldman Sachs BK CD | A | Interest | L | | Buy | 04/10/19 | L | | |
| 45. --Key Bank CD | A | Interest | | | Redeemed | 06/14/19 | K | | |
| 46. --BMW BK North America CD | B | Interest | | | Redeemed | 08/26/19 | M | | |
| 47. --Sallie Mae BK CD | B | Interest | M | T | | | | | |
| 48. --Discover Bank CD | B | Interest | M | T | | | | | |
| 49. --American Express Bank CD | B | Interest | L | T | | | | | |
| 50. --Verizon Communications | B | Dividend | L | T | | | | | |
| 51. --Bank of America NA cash-equivalent | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolton, Susan R.** | 05/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Pepsico common stock | B | Dividend | L | T | | | | | |
| 53. --Yum Brands common stock | A | Dividend | K | T | | | | | |
| 54. --Yum China Holdings, Inc | A | Dividend | J | T | | | | | |
| 55. --Invesco OPNHMR Global fka Oppenheimer Income Trust mutual fund | A | Dividend | J | T | | | | | |
| 56. --Motorola Solutions | A | Dividend | J | T | | | | | |
| 57. --Vodafone common stock | A | Dividend | J | T | | | | | |
| 58. --Blackrock Global Mutual Fund | A | Dividend | M | T | | | | | |
| 59. --Wal-Mart common stock | A | Dividend | K | T | | | | | |
| 60. --Invesco QQQ | A | Dividend | M | T | | | | | |
| 61. --IShares Russell 1000 | B | Dividend | M | T | | | | | |
| 62. --IShares Russell Midcap | A | Dividend | L | T | | | | | |
| 63. --IShares S&P Smallcap 500 | A | Dividend | L | T | | | | | |
| 64. --IShares Edge MSCI Qual | B | Dividend | M | T | | | | | |
| 65. --IShares Inc Core MSCI | B | Dividend | | | Sold | 08/22/19 | K | | |
| 66. --Vanguard Small Cap Value | A | Dividend | K | T | | | | | |
| 67. --Vanguard Value ETF | C | Dividend | M | T | | | | | |
| 68. --Vanguard Dividend Appreciation ETF | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolton, Susan R.** | 05/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. --Vanguard Mid-Cap Val Idx | B | Dividend | M | T | | | | | |
| 70. --Vanguard FTSE Developed | C | Dividend | | | Sold | 05/17/19 | L | | |
| 71. U.S. Savings Bonds | | None | K | T | | | | | |
| 72. U.S. Savings Bonds | | None | K | T | | | | | |
| 73. US Savings Bonds | | None | K | T | | | | | |
| 74. Bank of America Dep Account Preferred cash-equivalent | C | Interest | O | T | | | | | |
| 75. IRA #2 (H) | | | | | | | | | |
| 76. --Vanguard Total Bond Mkt | B | Dividend | K | T | Buy | 05/01/19 | K | | |
| 77. --Vanguard Total Intl. Bond | A | Dividend | K | T | Buy | 05/01/19 | K | | |
| 78. --Vanguard Total Int Stock | C | Dividend | L | T | Buy | 05/01/19 | L | | |
| 79. --Vanguard TTL STK MKT | B | Dividend | M | T | Buy | 05/01/19 | M | | |
| 80. --Invesco Premium US Government MNY? | A | Interest | K | T | Buy | 05/01/19 | K | | |
| 81. --Blackrock GLB | A | Dividend | | | Sold | 04/29/19 | J | A | |
| 82. --Davis Global | D | Dividend | | | Sold | 04/29/19 | M | E | |
| 83. --JPMorgan Global | B | Dividend | | | Sold | 04/29/19 | L | D | |
| 84. --Morgan Stanley Bank cash-equivalent | A | Interest | J | T | | | | | |
| 85. IShares Global Tech | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolton, Susan R.** | 05/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Invesco Buy Back | A | Dividend | K | T | | | | | |
| 87. Vanguard Value | B | Dividend | L | T | | | | | |
| 88. Vanguard Growth | A | Dividend | L | T | | | | | |
| 89. Vanguard FTSE Allworld | A | Dividend | K | T | | | | | |
| 90. Allianz Annuity (fixed rate) | E | Distribution | K | T | | | | | |
| 91. IShares Core S&P Small | A | Dividend | K | T | | | | | |
| 92. IShares 1-3 year | B | Dividend | M | T | | | | | |
| 93. SPDR S&P mid-cap 400 | A | Dividend | K | T | | | | | |
| 94. SPDR S&P 500 | A | Dividend | K | T | | | | | |
| 95. Vanguard FTSE Emerging | A | Dividend | K | T | | | | | |
| 96. Vanguard Dividend Apprication ETF | A | Dividend | L | T | | | | | |
| 97. First TR NASQ100 | A | Dividend | L | T | | | | | |
| 98. Invesco S&P 500 Equal | A | Dividend | K | T | | | | | |
| 99. IShares Core S&P small | A | Dividend | L | T | | | | | |
| 100. IShares Russell mid-cap | A | Dividend | J | T | | | | | |
| 101. IShares MSCI EAFE | A | Dividend | J | T | | | | | |
| 102. IShares Global Tech | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. IShares 1-3 year | B | Dividend | M | T | | | | | |
| 104. IShares MSCI Emerging | A | Dividend | J | T | | | | | |
| 105. IShares Russell 2000 | A | Dividend | J | T | | | | | |
| 106. Invesco Buy Back | A | Dividend | L | T | | | | | |
| 107. SPDR S&P mid-cap 400 | A | Dividend | K | T | | | | | |
| 108. SPDR S&P 500 | B | Dividend | L | T | | | | | |
| 109. Vanguard Value | B | Dividend | L | T | | | | | |
| 110. Vanguard Growth | B | Dividend | M | T | | | | | |
| 111. Vanguard FTSE Emerging | A | Dividend | K | T | | | | | |
| 112. Vanguard Dividend | B | Dividend | M | T | | | | | |
| 113. Vanguard FTSE All World | B | Dividend | K | T | | | | | |
| 114. Vanguard FTSE Developed | B | Dividend | K | T | | | | | |
| 115. Invesco QQQ Trust | A | Dividend | K | T | | | | | |
| 116. Invesco S&P 500 Quality | A | Dividend | K | T | | | | | |
| 117. MidFirst Bank CD | | None | L | T | Buy | 07/05/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolton, Susan R.** | 05/28/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:  I cannot specifically list the amount of income earned during the reporting period for my annutities because none of the annuity companies provided detailed income information to me.

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 05/28/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Susan R. Bolton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544